UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

**In Re:** Mary Josephine Breton and Rafael Armando Breton     **Case/AP Number** 11-20597 **-FJB**
    **Chapter** 13

#108 Notice of Final Cure Mortgage Payment Rule 3002.1 Re: Proof of Claim # 15

**COURT ACTION:**

_____Hearing held

_____Granted    _____Approved    _____Moot

_____Denied    _____Denied without prejudice    _____Withdrawn in open court

_____Overruled    _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-1, Asset-Backed Certificates, Series 2006-1 has filed its response to the Chapter 13 trustee's Notice of Final Cure Payment, which response indicates outstanding post-petition arrearages. If the debtor disputes the response or seeks other relief, the debtor shall, on or before February 2, 2017, file a motion pursuant to Fed. R. Bankr. P. 3002.1(h), serve such motion on the holder of the claim and the Chapter 13 trustee, and file a certificate of such service.

IT IS SO ORDERED:

*Frank J Bailey*     Dated: 01/12/2017
_____
Frank J. Bailey
United States Bankruptcy Judge