UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In the Matter of:                    }
                                     }    Case No. 11-20597
Breton, Mary Josephine               }    Chapter 13
Breton, Rafael Armando               }
                                     }
Debtor(s)                            }

## MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE

To the Honorable Court:

The debtor(s) hereby move(s) the Court for entry of discharge. The required affidavit(s) accompany/accompanies this motion.

Respectfully Submitted by:

/s/ Dax Grantham
Dax Grantham, BBO# 651066
Grantham Law, LLC
100 Cummings Center
Suite 224-C
Beverly, MA 01915
(978) 595-1449

02/06/2017. No objections filed. The Court will enter the Debtors' discharge.